IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ANTHONY CURTIS BEAVER, | : | Civil Action No. 4:13-CV-2542 |
| | : | |
| Plaintiff, | : | (Judge Brann) |
| | : | |
| v. | : | (Magistrate Judge Schwab) |
| | : | |
| UNION COUNTY PENNSYLVANIA, *et. al.,* | : | |
| | : | |
| Defendants. | : | |

**ORDER**

December 9, 2014

The undersigned has given full and independent consideration to the November 18, 2014 report and recommendation of Magistrate Judge Susan E. Schwab ECF No. 9.  Plaintiff filed two documents, which the Court will construe liberally as objections to the report and recommendation of the magistrate judge. ECF Nos. 10 and 11.

Judge Schwab's analysis is thorough, and Plaintiff's objections do nothing to cure the legal insufficiencies found in the amended complaint.  Accordingly,  the Court will conserve judicial resources and adopt the report and recommendation in its entirety without further comment.

1

**NOW, THEREFORE, IT IS HEREBY ORDERED THAT:**

1. The November 18, 2014 report and recommendation of Magistrate Judge Susan E. Schwab is ADOPTED. ECF No. 9.

2. The amended complaint is dismissed with prejudice pursuant to 28 U.S.C. § 1915A(b)(1).

3. Plaintiff's Motion to Appoint Counsel is DENIED. ECF No. 8.

4. The clerk is directed to close the case file.

BY THE COURT:

s/ Matthew W. Brann
Matthew W. Brann
United States District Judge